IN THE MATTER OF THE ALLEGED WILL OF
LOUIS WIDES, DECEASED.

March 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH RAY.

March 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL LEE CLARK.

March 2, 1971. Petition for certification denied. (See 112 *N. J. Super.* 556).

STATE OF NEW JERSEY v. ROGER KELLY.

March 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD R. BELCHER, JR.

March 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN A. IANNACCONE.

March 2, 1971. Petition for certification denied.